UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: CHAPTER 13 CASE

Jerry Mark Miller
Debra Jane Miller

CASE NO. 09-30697

ORDER

Debtors.

———————————————————

This case came before the court on the motion of U.S. Bank, N.A., seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. That movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated April 13, 2005, executed by Jerry M. Miller and Debra J. Miller, husband and wife, recorded on April 20, 2005, as Document No. T86396, covering real estate located in Blue Earth County, Minnesota, legally described as:

   Lot 3, Block 3, Country Club Estates No. 4

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: June 10, 2010

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/10/2010*
Lori Vosejpka, Clerk, by DLR